

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00096-CV

_____

REV. LEO GRAVES, Appellant

V.

CITY OF CARTHAGE, AND BRENDA SAMFORD, CITY MANAGER, Appellees

On Appeal from the 123rd District Court
Panola County, Texas
Trial Court No. 2013-304

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Gerald J. Smith, counsel for the appellant, Rev. Leo Graves, has filed a motion to extend time to file the appellant's brief. The brief was due October 1, 2013.

In his motion, counsel does not provide the Court with a reasonable explanation of the need for an extension of time. This Court interprets Rule 10.5(b)(2) of the Texas Rules of Appellate Procedure as requiring counsel to provide the Court with specific information to justify the requested extension, including the cause numbers of other briefs filed, the dates they were filed, the dates of trials, how long those trials are expected to last, etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the rule. *See* TEX. R. APP. P. 10.5(b)(2).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we grant the motion for an extension, for a period of twenty-one days, making appellant's brief now due October 22, 2013.

IT IS SO ORDERED.

BY THE COURT

Date:   October 2, 2013

2